FILED

2003 OCT 29 A 11: 23

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAGNUM RESEARCH, INC.,<br>Plaintiff | :<br>:<br>: CIVIL ACTION NO. |
| VS. | : 3:02CV1340 (AVC)<br>: |
| BUSHMASTER FIREARMS,<br>Defendant | :<br>: OCTOBER 27, 2003 |

**MOTION FOR CONTINUANCE OF
SETTLEMENT CONFERENCE**

The undersigned, on behalf of the defendant, Bushmaster Firearms, hereby requests that the settlement conference originally scheduled for November 7, 2003 be postponed to a later date that is mutually agreeable to the parties. In support of this motion, the defendant states that the notice of the settlement conference was received by the undersigned on or about October 20, 2003. The undersigned and counsel for the plaintiff, Douglas Bohn, had been unsuccessfully attempting to contact each other for some time prior to that date, and were finally able to discuss outstanding issues by telephone on October 27, 2003.

At that time, the undersigned informed counsel that he has pre-paid all expenses involved with the Defense Research Institute's Asbestos Medicine Conference in Florida. The undersigned is flying to Florida on Tuesday, November 4th for a meeting with the

client on November 5th. The conference begins the evening of November 5, and ends on the evening of November 7th. It would work a hardship to the undersigned, and could adversely affect the relationship with the client if the undersigned is unable to attend the conference. Another representative of the firm of Maher and Murtha, LLC could attend the conference if the court requires it. However, that individual will not have dealt with the case prior to the hearing, and will not have had the opportunity to meet with and discuss the matter with the client in any great detail. The undersigned has solely handled the file and coordinated efforts with the client and the client's carrier to date.

During the conversation with plaintiff's counsel, Attorney Bohn indicated that he could not consent to the continuance of the conference on behalf of his client. At this point in time, it is not known whether plaintiff's counsel will file a written objection to this motion.

The defendant respectfully requests that the Court grant this motion and re-schedule the conference to a date and time that is convenient to the parties. The parties are presently subject to the pretrial discovery agreement concerning experts. The disclosure of experts is presently due on or before December 15, 2003. For obvious reasons, the parties would prefer to avoid the cost of experts, if the settlement conference can be rescheduled.

THE DEFENDANT,
Bushmaster Firearms

BY _____
Geoffrey L. Squitiero, Esq.
Maher and Murtha, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT        06601
Phone #367-2700 - Fed. #CT03105

**CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage prepaid, this 27th day of October 2003 to:

Douglas A. Frey, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100
(203) 790-7540

Douglas J. Bohn, Esq.
Renzulli, Pisciotti & Renzulli, LLP
300 East 42nd Street
New York, NY 10017
(212) 599-5533

BY _____
      Geoffrey L. Squitiero, Esq.