UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAGNUM RESEARCH, INC.,
    Plaintiff
:
: CIVIL ACTION NO.
VS.  ' : 3:02CV1340 (AVC)
:
BUSHMASTER FIREARMS, :
    Defendant : OCTOBER 27, 2003

**MOTION FOR CONTINUANCE OF
SETTLEMENT CONFERENCE**

The undersigned, on behalf of the defendant, Bushmaster Firearms, hereby requests that the settlement conference originally scheduled for November 7, 2003 be postponed to a later date that is mutually agreeable to the parties. In support of this motion, the defendant states that the notice of the settlement conference was received by the undersigned on or about October 20, 2003. The undersigned and counsel for the plaintiff, Douglas Bohn, had been unsuccessfully attempting to contact each other for some time prior to that date, and were finally able to discuss outstanding issues by telephone on October 27, 2003.

At that time, the undersigned informed counsel that he has pre-paid all expenses involved with the Defense Research Institute's Asbestos Medicine Conference in Florida. The undersigned is flying to Florida on Tuesday, November 4th for a meeting with the