UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -3 P 1:26
US DISTRICT COURT
HARTFORD CT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

December 3, 2003

10:00 a.m.

CASE NO. **3-02-cv-1340** (AVC) **Magnum Research v. Bushmaster Firearms**

**SETTLEMENT CONFERENCE**

Douglas J. Bohn
Renzulli, Pisciotti & Renzulli
300 E. 42nd St.
New York, NY 10017-5847

Anthony B. Corleto
Corleto & Associates
107 Mill Plain Rd.
Suite 200
Danbury, CT 06811-6100

Douglas Andrew Frey
Corleto & Associates
107 Mill Plain Rd.
Suite 200
Danbury, CT 06811-6100

Thomas M. Murtha
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT 06601

Geoffrey Lane Squitiero
Maher & Murtha
528 Clinton Ave, PO Box 902
Bridgeport, CT 06601

Christopher Renzulli
Renzulli, Pisciotti & Renzulli
300 E. 42nd St.
New York, NY 10017-5847

Conf. held w/ TPS - Did not settle

Time - 4'