UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MAGNUM RESEARCH, INC.

      Vs.                                     CASE NO. 3:02CV01340 (AVC)

BUSHMASTER FIREARMS

### NOTICE TO COUNSEL

    The above-entitled case was reported to the Court on May 21, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on June 20, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut this 21st day of May, 2004.

                                      KEVIN F. ROWE, CLERK


                        By   /s/ JW
                             Jo-Ann Walker
                             Deputy Clerk