UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAGNUM RESEARCH, INC.
    Plaintiff

VS.                                CASE NO. : 3:02CV1340 (AVC)

BUSHMASTER FIREARMS
    Defendants                 MAY 6, 2004

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FRCP RULE 41(a)(1)**

The parties to the above-captioned matter, MAGNUM RESEARCH, INC. and BUSHMASTER FIREARMS, hereby stipulate that this action should be **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) without costs to either party.

THE PLAINTIFF,
MAGNUM RESEARCH, INC.

By: _____
Douglas J. Bohn, Zenzulli, Pisciotti
Its attorney              + Zenzulli, LLP

THE DEFENDANT,
BUSHMASTER FIREARMS

By: Geoffrey L. Squitiero
Its attorney