UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Magnum Research Inc

V.                                        Case Number: 3:02cv1340 (AVC)

Bushmaster Firearms

**ORDER**

\_\_\_\_\_**Stipulation for Dismissal of Case**

Doc. # **34** - **ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, June 28, 2004.

KEVIN F. ROWE, CLERK

By: \_/s/ JW_____
    Jo-Ann Walker
    Deputy Clerk